AMOS H. ANDREWS and Others, Respondents, v. EQUITABLE FIRE AND MARINE INSURANCE COMPANY OF PROVIDENCE, R. I., and the PHŒNIX INSURANCE COMPANY OF HARTFORD, CONN., Appellants.— Motion denied, with ten dollars costs.

FRED L. BAKER, Respondent, v. EDDIE SMITH, Appellant.— Order and judgment unanimously affirmed, with costs.

JOHN T. CHRISTASTIE, Respondent, v. ELMIRA WATER, LIGHT AND RAILROAD COMPANY, Appellant.— Motion denied, without costs.

DORA DRANOW, Appellant, v. PHILIP LOEB and Others, Respondents.— Motion granted, unless, within thirty days, appellant files and serves printed papers and brief on appeal and pays ten dollars costs, in which case motion is denied, without costs.

FLORENCE HATHORN DURANT, Respondent, v. MILTON J. WHEDON and HARRY BICKLE, Appellants.— Motion denied, with ten dollars costs.

AUGUSTUS GEIGER, Respondent, v. DWIGHT DIVINE, Appellant.— Motion denied, with ten dollars costs. Hasbrouck, J., not sitting.

GEORGE R. HARDIE, Respondent, v. INTERNATIONAL MILK PRODUCTS COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted, and the following questions certified: " 1. Upon the allegations of the pleadings read in connection with the stipulation entered into between the attorneys for the parties hereto, is the defendant herein liable in damages for breach of contract? 2. Do the facts alleged in the amended answer of the defendant herein read in connection with said stipulation constitute a defense herein? 3. Do the facts alleged in said amended answer, to wit, the sale to the Hires Condensed Milk Company and the subsequent transactions as set forth therein, when read in connection with said stipulation, constitute a cause beyond the control of the defendant as intended by the contract alleged to have been violated? " Cochrane, P. J., not voting.

JACOB D. HOLLER and STANLEY SHEPARD, Appellants, v. STATE OF NEW YORK, Respondent.— Motion denied. with ten dollars costs.

THERESA HORACK, as Administratrix, etc., of JOSEPH HORACK, Deceased, Respondent, v. NICHOLAS F. ALEX, Defendant, Impleaded with JACOB ALEX, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

FRANK ISABELLA, Respondent, v. JOHN T. D. BLACKBURN, Appellant.— Judgment and order unanimously affirmed. with costs.

THEODORE F. KALBFLEISCH, Respondent, v. JAMES ANDERSON, Appellant.— Motion granted.

NELLIE E. LYON KEZER, Respondent, v. MYRA SEELY and Others, Appellants.— Motion denied, with ten dollars costs.

KINGS COUNTY TRUST COMPANY, as Executor, etc., of WILLIAM F. ARMSTRONG, Relator, v. WALTER W. LAW, JR., and Others, Constituting the State Tax Commission, Defendants.— Motion granted.

EDMUND LA FONTAINE, Appellant, v. MARY LA FONTAINE, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Hasbrouck, J., not sitting.